Paula L. Zecchini, AZ Bar No. 031880
Aaron M. McKown (admitted *pro hac vice*)
**COZEN O'CONNOR PC**
999 3rd Avenue, Suite 1900
Seattle, WA 98101
Telephone:  (206) 340-1000
Facsimile:   (206) 621-8783
E-Mail:        pzecchini@cozen.com
                   amckown@cozen.com

Attorneys for Defendant
GODADDY.COM, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN HERRICK, individually and as the representative of a class of similarly-situated persons,<br><br>         Plaintiff,<br>v.<br><br>GODADDY.COM, LLC,<br><br>         Defendants | Case No. 2:16-cv-00254-DJH<br><br>**DEFENDANT GODADDY.COM, LLC'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[Concurrently Filed with Notice of Motion and Motion for Summary Judgment, Request for Judicial Notice and Declaration of Paula L. Zecchini]**<br>_____<br><br>Complaint Filed:   January 28, 2016<br>Trial Date:             None Set. |

Pursuant to Federal Rule of Civil Procedure 56(e)(2) and this Court's Local Rule of Civil Procedure 56.1(b), Defendant GoDaddy.com, LLC ("GoDaddy") hereby submits its Separate Statement of Undisputed Material Fact in Support of Motion for Summary Judgment as follows:

| **Undisputed Material Fact** | **Supporting Evidence** |
|---|---|
| 1. The text message at issue was sent using the 3Seventy Platform. | Declaration of Paula L. Zecchini ("Zecchini Decl."), ¶ 2, Ex. A (Wright Dep.) at 48:11-16. |
| 2. The 3Seventy Platform is a web-based software application. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 18:3-6. |
| 3. At no time relevant did the 3Seventy Platform have the then-current capacity to store or produce telephone numbers to be called using a random or sequential number generator and to then dial those numbers. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 33:4-25, 34:1-25, 35:1-11. |
| 4. The 3Seventy Platform cannot on its own generate telephone numbers to receive text messages. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 29:19-21. |
| 5. There are only two ways that the 3Seventy Platform can acquire phone numbers for use in sending text messages: (1) when a customer or other authorized person manually uploads telephone numbers onto the platform; or (2) when an individual sends an authorizing text to a keyword in response | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 22:7-9. |

| | | |
|---|---|---|
| | to a specific marketing campaign. | |
| 6. | The 3Seventy Platform did not generate the phone numbers to which GoDaddy's December 15, 2015 text messages were sent. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 32:20-21. |
| 7. | The phone numbers to which GoDaddy's December 15, 2015 text messages were sent were provided by GoDaddy to 3Seventy via its FTP site and then uploaded by 3Seventy to the 3Seventy Platform. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 38:1-4, 40:11-14. |
| 8. | To send a text message via the 3Seventy Platform, the user must navigate to a website and manually log into 3Seventy's Platform. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 42:20-23, 51:16-21. |
| 9. | To send a text message via the 3Seventy Platform, the user must upload a list of numbers and determine the numbers to which a message will be sent. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 28:24-25, 29:1-25, 30:1-25, 31:19-25, 32:20-25; 33:1-3, 40:11-14. |
| 10. | To send a text message via the 3Seventy Platform, the user must create a message by manually typing in the desired content. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 25:3-7, 39:18-20, 51:22-25, 52:1-3. |
| 11. | To send a text message via the 3Seventy Platform, the user must manually select a time and date that the message will be sent. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 27:1-10, 43:1-6; 52:4-11. |

| | | |
|---|---|---|
| 12. | To send a text message via the 3Seventy Platform, the user must, as a final step, type in a Captcha—twelve alphanumeric values—to approve and authorize sending the message. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 46:15-24, 47:1-13. |
| 13. | The 3Seventy Platform will not send a text message without required human intervention at each of the following stages: (a) selecting telephone numbers to receive a message, (b) drafting message content, (c) determining the timing of a message, and (d) scheduling the date and time to transmit a message and (d) entering a Captcha to approve and authorize sending the message. | Zecchini Decl. ¶ 2, Ex. A (Wright Dep.) at 25:3-25, 26:1-25, 27:1-10, 28:24-25, 29:1-25, 30:1-25, 31:1-25, 32:20-25, 33:1-3, 39:8-25, 40:1-14, 41:11-25, 42:15-25, 43:1-14, 44:7-25, 45:1-25, 46:1-25, 47:1-15, 48:1-10, 49:25, 50:1-25, 51:1-25, 52:1-21. |

Dated:  March 31, 2017

**COZEN O'CONNOR**
Aaron M. McKown
Paula L. Zecchini


By:  */s Paula L. Zecchini*
      Paula L. Zecchini
Attorneys for Defendant
GODADDY.COM, LLC

3
DEFENDANT GODADDY.COM, LLC'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACT
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Phillip A. Bock<br>Tod A. Lewis<br>James M. Smith<br>**BOCK, HATCH, LEWIS & OPPENHEIM, LLC**<br>134 N LaSalle Street, Suite 1000<br>Chicago, IL  60602<br>phil@classlawyers.com<br>tod@classlawyers.com<br>jim@classlawyers.com<br><br>*Counsels for Plaintiff John Herrick* | Trinette G. Kent<br>**KENT LAW OFFICES**<br>10645 N Tatum Boulevard, Suite 200-192<br>Phoenix, AZ 85028<br>tkent@kentlawpc.com |

SIGNED AND DATED this 31st day of March, 2017 at Seattle, Washington.

COZEN O'CONNOR

By:  */s/ Paula L. Zecchini*
         Paula L. Zecchini

DEFENDANT GODADDY.COM, LLC'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACT
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT