Paula L. Zecchini, AZ Bar No. 031880
Aaron M. McKown (admitted *pro hac vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: (206) 340-1000
Facsimile: (206) 621-8783
E-Mail: pzecchini@cozen.com
amckown@cozen.com

Attorneys for Defendant
GODADDY.COM, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN HERRICK, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00254-DJH<br><br>**DECLARATION OF PAULA L. ZECCHINI IN SUPPORT OF DEFENDANT GODADDY.COM, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION TO STAY**<br><br>**[Concurrently filed with Notice of Motion and Motion for Summary Judgment, Separate Statement of Undisputed Material Fact, and Request for Judicial Notice]**<br><br>Complaint Filed: January 28, 2016<br>Trial Date: None Set. |

| | |
|---|---|
| 1 | I, Paula L. Zecchini, declare: |
| 2 | 1. I am an attorney duly licensed to practice law before all state and federal courts |
| 3 | of the State of Arizona. I am currently a member with the law firm of Cozen O'Connor, |
| 4 | counsel of record for Defendant GoDaddy.com, LLC ("GoDaddy"). I have personal |
| 5 | knowledge of the matters set forth in this Declaration and if called upon to testify in court, I |
| 6 | could and would competently do so. |
| 7 | 2. Attached hereto as **Exhibit A** is a true and correct copy of the full transcript of |
| 8 | the deposition of John Wright, in his capacity as corporate representative of non-party |
| 9 | 3Seventy, Inc., taken pursuant to Federal Rule of Civil Procedure 30(b)(6) on October 5, |
| 10 | 2016. |
| 11 | I declare under penalty of perjury under the laws of the United States of America that |
| 12 | the facts set forth above are true and correct. |
| 13 | Executed this 31st day of March, 2017, at Cordova, Alaska. |

Dated: March 31, 2017    **COZEN O'CONNOR**
　　　　　　　　　　　　Aaron M. McKown
　　　　　　　　　　　　Paula L. Zecchini


　　　　　　　　　　　　By: */s Paula L. Zecchini*
　　　　　　　　　　　　　　Paula L. Zecchini
　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　GODADDY.COM, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Phillip A. Bock<br>Tod A. Lewis<br>James M. Smith<br>**BOCK, HATCH, LEWIS & OPPENHEIM, LLC**<br>134 N LaSalle Street, Suite 1000<br>Chicago, IL  60602<br>phil@classlawyers.com<br>tod@classlawyers.com<br>jim@classlawyers.com<br><br>*Counsels for Plaintiff John Herrick* | Trinette G. Kent<br>**KENT LAW OFFICES**<br>10645 N Tatum Boulevard, Suite 200-192<br>Phoenix, AZ 85028<br>tkent@kentlawpc.com |

SIGNED AND DATED this 31st day of March, 2017 at Seattle, Washington.

COZEN O'CONNOR

By: */s/ Paula L. Zecchini*
Paula L. Zecchini